FILED

FEB 24 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>KERRY SOUZA,<br><br>    Defendant. | No. CR 15-00192 BLF<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the Indictment. The Indictment is hereby ordered dismissed without prejudice.

Dated: Feb 21, 2017

_____
BETH LABSON FREEMAN
United States District Judge

ORDER OF DISMISSAL
CR 15-00192 BLF